IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMPUTER SCIENCES CORP. and<br>CSC MANAGED SERVICES, INC., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:13-cv-00416 |
| v. | § § | |
| FREESCALE SEMICONDUCTOR,<br>INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss, requesting that this cause be dismissed in its entirety and with prejudice as to all claims and counterclaims.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion to Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED** that this cause of action and all claims and counterclaims that were or could have been asserted in it are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

Signed this 23rd day of March, 2016.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE